

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-27-2012

# In Re: James Morris

Precedential or Non-Precedential: Non-Precedential

Docket No. 12-1121

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"In Re: James Morris " (2012). *2012 Decisions.* Paper 645.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/645

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

HLD-004 NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-1121
_____

IN RE: JAMES MORRIS,
                                                          Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the Eastern District of Pennsylvania
(Related to E.D. Pa. Crim. No. 05-cr-00440)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
January 26, 2012
Before: MCKEE, Chief Judge, ALDISERT and GARTH, Circuit Judges

(Opinion filed: July 27, 2012)
_____

OPINION
_____

PER CURIAM

James Morris petitions this Court for a writ of mandamus compelling the District

Court to conduct proceedings related to Morris's motion under Fed. R. Crim. P. 41(g) for

the return of currency seized during his arrest.

At the time of the filing of the petition for writ of mandamus in this Court, the

District Court had not ruled on Morris's Rule 41(g) motion. However, on February 2,

2012, the District Court dismissed the motion without prejudice to its being re-filed upon

the resolution of Morris's pending direct appeal; the District Court also denied Morris's

subsequent motion to reconsider.  Therefore, this petition for writ of mandamus will be dismissed as moot.